UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROBERT CHARLES PALMER<br>LA. DOC #272581<br>VS. | CIVIL ACTION NO. 3:12-cv-2035<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| JAMES LeBLANC, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 26 day of April, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE